UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X

IN RE: SEPTEMBER 11, 2001 LITIGATION           21 MC 97 (AKH)

------------------------------------------------------------------------X

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                     )ss.:
COUNTY OF NEW YORK )

KAREN ARTUSA, being duly sworn, deposes and says that deponent is not a party to the action, is over 18 years of age and resides in Hewlett, New York, and that on the 13th day of November, 2007, deponent served the within **ANSWER OF DEFENDANTS UNITED AIRLINES, INC. and UAL CORPORATION TO PLAINTIFFS' FOURTH AMENDED FLIGHT 77 MASTER LIABILITY COMPLAINT** by transmitting a copy of the following persons by e-mail at the e-mail address set forth after each name below, which was designated by the attorney for such purpose:

PLAINTIFFS' LIAISON COUNSEL
Donald Migliori, Esq.
Motley Rice, LLC
28 Bridgeside Boulevard
Mt. Pleasant, SC  29465
dmigliori@motleyrice.com

PLAINTIFFS' LIAISON COUNSE.
Marc S. Moller, Esq.
Kreindler & Kreindler
100 Park Avenue
New York, NY  10017-5590
mmoller@kreindler.com

DEFENDANTS' LIAISON COUNSEL
Desmond T. Barry, Esq.
Condon & Forsyth
7 Times Square
New York, New York  10036
DBarry@condonlaw.com

GROUND DEFENDANTS'
LIAISON COUNSEL
Richard A. Williamson, Esq.
Flemming Zulack Williamson Zauderer
One Liberty Plaza
New York, NY  10006
rwilliamson@fzwz.com

| | |
|---|---|
| PROPERTY DAMAGE & <br> BUSINESS LOSS LIAISON COUNSEL <br> Robert A. Clifford, Esq. <br> Clifford Law Offices <br> 120 LaSalle Street – 31st Floor <br> Chicago, Illinois 60602 <br> rac@cliffordlaw.com | WTC7 GROUND DEFENDNATS' <br> LIAISAON COUNSEL <br> Beth D. Jacobs, Esq. <br> Schiff Hardin, LLP <br> 900 Third Avenue <br> New York, NY 10022 <br> bjacob@schiffhardin.com |

Beth Goldman, Assistant U.S. Attorney
Sarah S. Normand, Assistant U.S. Attorney
U.S. Attorneys Office, SDNY
86 Chambers Street
New York, New York 10007
beth.goldman@usdoj.gov
sarah.normand@usdoj.gov

_____
Karen Artusa

Sworn to before me this
13th day of November, 2007

_____
NOTARY PUBLIC

Glenda Y. Villareal
Notary Public State of New York
No. 02VI6157898
Qualified in Queens County
Commission Expires 12/11/2010