UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------x
:   21 MC 97 (AKH)
:
IN RE: SEPTEMBER 11, 2001 LITIGATION  :   This Document Relates to:
:   07-CV-8398
:   Golinski v. AMR Corp., et al.
------------------------------------------------------------------x

**NOTICE ADOPTING MASTER ANSWER OF DEFENDANT US AIRWAYS, INC. TO PLAINTIFFS' FOURTH AMENDED FLIGHT 77 MASTER LIABILITY COMPLAINT**

PLEASE TAKE NOTICE that defendant US Airways, Inc. (hereinafter "US Airways") hereby adopts its Master Answer to the Plaintiffs' Fourth Amended Flight 77 Master Liability Complaint as its Answer to the Complaint in the above-captioned matter.

WHEREFORE, US Airways respectfully requests that the Complaint be dismissed, with costs, attorneys' fees, disbursements and such other relief as the Court deems just and proper or, if such relief not be granted, then that its liability be limited or reduced as prayed.

Dated: November 13, 2007

US AIRWAYS, INC.

By its Attorneys,

CAMPBELL CAMPBELL EDWARDS &
CONROY, P.C.

/s/ Richard P. Campbell
Richard P. Campbell (RC 9599)
Kurt B. Gerstner (KG 7862)
Kathleen M. Guilfoyle (KG 6984)
One Constitution Plaza
Boston, MA 02129
(617) 241-3000

TO: Jonathan A. Azrael, Esquire
AZRAEL, GANN & FRANZ, LLP
101 E. Chesapeake Avenue, 5th Floor
Baltimore, M.D. 21286
(410) 821-6800

Marc S. Moller, Esquire
Justin T. Green, Esquire
Brian J. Alexander, Esquire
KREINDLER & KREINDLER
100 Park Avenue, 18th Floor
New York, New York 10017
(212) 687-8181

Attorneys for Plaintiff
IRENE M. GOLINSKI

PD/BL PLAINTIFFS' LIAISON COUNSEL
PI/WD PLAINTIFFS' LIAISON COUNSEL
GROUND DEFENDANTS' LIAISION COUNSEL
7 WTC GROUND DEFENDANTS' LIAISON COUNSEL
ALL AVIATION DEFENDANTS
US ATTORNEY'S OFFICE