## AFFIDAVIT OF SERVICE

STATE OF NEW YORK        )
                         ) ss.:
COUNTY OF NEW YORK       )

      Alun Griffiths, being duly sworn, deposes and says that deponent is not a party to the action, is over 18 years of age and resides in Jackson Heights, New York, and that on the 13th day of November, 2007, deponent served defendant AirTran Airways, Inc.'s (1) Master Answer to Plaintiffs' Third Amended Flight 93 Master Liability Complaint; (2) Master Answer to Plaintiffs' Fourth Amended Flight 77 Master Liability Complaint; and (3) Notices of Adoption on the following:

1. Marc S. Moller - Wrongful Death and Personal Injury Plaintiffs' Liaison Counsel;
2. Robert A. Clifford - Property Damage and Business Loss Plaintiffs' Liaison Counsel;
3. Richard Williamson - Ground Defendants' Liaison Counsel;
4. Beth Jacob - WTC 7 Ground Defendants' Liaison Counsel;
5. Brad Stein - Ground Defendants' Liaison Counsel;
6. Desmond Barry Jr. - Defendants' Liaison Counsel;
7. Jayne Conroy -- Counsel for Plaintiffs in the *Guadagno, O'Hare, Miller, Bertorelli, Vadham, Brown and Flagg* actions;
8. Jonathan Albert Azrael -- Counsel for Plaintiffs in the *Golinski, Shontere, Wilcher and Cordero* actions;
9. Michael Edward Elsner -- Counsel for Plaintiffs in the *Cashman* action;
10. Paul Conroy -- Counsel for Plaintiffs in the *Falkenberg* action;
11. Jodi Westbrook Flowers -- Counsel for Plaintiffs in the *Teague, Ambrose, Cottom, Gallup and Hunt* actions.

by mailing or emailing a copy of the papers to the attorneys in accordance with the Court's March 10, 2005 Order.

                                                                           _____
                                                                           Alun W. Griffiths

Sworn to before me this
13th day of November 2007

_____
Notary Public

              PEARL LEUNG
      Notary Public, State of New York
           No. 01LE504678
        Qualified in Kings County
    Commission Expires July 17, 2011

712849_1