UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------x
:
:
: 21 MC 97 (AKH)
:
IN RE SEPTEMBER 11 LITIGATION : This Document Relates To:
: 07-CV-8398 (AKH)
: Plaintiff: Irene M. Golinski
:
:
---------------------------------------------------------------x

### NOTICE ADOPTING MASTER ANSWER OF
### DEFENDANT ARGENBRIGHT SECURITY, INC.

PLEASE TAKE NOTICE THAT defendant Argenbright Security, Inc. hereby adopts its Master Answer to Plaintiffs' Fourth Amended Flight 77 Master Liability Complaint as its Answer to the Complaint in the above-captioned action.

WHEREFORE, defendant Argenbright Security, Inc. respectfully requests that the Complaint be dismissed, with costs, attorneys' fees, disbursements, and such other relief as the Court deems just and proper or, if such relief not be granted, then that its liability be limited or reduced as prayed.

Dated: New York, New York
       November 13, 2007

SIMPSON THACHER & BARTLETT LLP

By _____
Joseph F. Wayland (JFW 7549)
David J. Woll (DJW 6896)

425 Lexington Avenue
New York, N.Y. 10017-3954
Telephone: (212) 455-2000
Facsimile: (212) 455-2502

Attorneys for Defendant Argenbright
    Security, Inc.

TO:
Jonathan A. Azrael, Esq.
Judson H. Lipowitz, Esq.
Azrael, Gann and Franz LLP
101 East Chesapeake Avenue, 5th Floor
Baltimore, MD 21286
Telephone: (410) 821-6800

Marc S. Moller, Esq.
Kreindler & Kreindler
100 Park Avenue, 18th Floor
New York, NY 10017
Telephone: (212) 687-8181
*Wrongful Death and Personal Injury*
*Plaintiffs' Liaison Counsel*

Robert A. Clifford, Esq.
Clifford Law Offices
120 N. LaSalle Street, 31st Floor
Chicago, IL 60602
Telephone: (312) 899-9090
*Property Damage and Business Loss*
*Plaintiffs' Liaison Counsel*

Desmond T. Barry, Jr., Esq.
Condon & Forsyth LLP
Times Square Tower
7 Times Square
New York, NY 10036
Telephone: (212) 490-9100
*Defendants' Liaison Counsel*

Richard A. Williamson, Esq.
Flemming Zulack Williamson Zauderer LLP
One Liberty Plaza, 35th Floor
New York, NY 10006
Telephone: (212) 412-9500
*Ground Defendants' Liaison Counsel*

Beth D. Jacob, Esq.
Schiff Hardin LLP
623 Fifth Avenue, 28th Floor
New York, NY 10022
Telephone: (212) 753-5000
*WTC 7 Ground Defendants' Liaison Counsel*

Donald Migliori, Esq.
Motley Rice LLC
28 Bridgeside Boulevard
Post Office Box 1792
Mount Pleasant, SC 29465
Telephone: (843) 216-9000

Elizabeth Goldman, Esq.
Assistant U.S. Attorney
Southern District of New York
U.S. Department of Justice
86 Chambers Street, 3rd Floor
New York, NY 10007
Telephone: (212) 637-2732

All Aviation Defense Counsel of Record