UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------x

|  |  |
|---|---|
| | : Civil Action No.: |
| | : 21 MC 97 (AKH) |
| | : |
| | : This Document Relates to: |
| IN RE SEPTEMBER 11, 2001 LITIGATION | : 07 CV 8398 |
| | : |
| | : <u>Golinski v. AMR Corporation, et. al.</u> |
| | : |
| | : |

-------------------------------------------------------------x

## <u>NOTICE OF ADOPTION</u>

   **PLEASE TAKE NOTICE THAT,** defendant Delta Air Lines, Inc. incorrectly s/h/a Delta

Airlines, Inc., hereby adopts its Master Answer to Plaintiffs' Fourth Amended Flight 77 Master

Liability Complaint as its Answer in the above-captioned action.

Dated: Garden City, New York
         November 13, 2007

                                    **GALLAGHER GOSSEEN
                                    FALLER & CROWLEY**

                                    By: _____
                                         **MICHAEL J. CROWLEY
                                         JAMES A. GALLAGHER, JR.
                                         JAMES F. GALLAGHER**
                                    A Member of the Firm
                                    *Attorneys for Defendant*
                                    **DELTA AIR LINES, INC. incorrectly
                                    s/h/a DELTA AIRLINES, INC.**
                                    1010 Franklin Avenue, Suite 400
                                    Garden City, NY 11530-2927
                                    (516) 742-2500
                                    **Atty. I.D. # MC/2821
                                    Atty. I.D. # JG/7597
                                    Atty. I.D. # JG 3256**

TO:     **SEE ATTACHED SERVICE LIST
        (Via Electronic Mail Only)**

### SERVICE LIST

TO:    Keith S. Franz, Esq.
        **AZRAEL GANN & FRANZ LLP**
        101 East Chesapeake Avenue, 5th Floor
        Baltimore, Maryland 21286
        (410) 821-6800
        *Counsel for Plaintiff Re: Doc. No. 07 CV 8398*
        ***Via E-Mail*: kfranz@agflaw.com**

        Kenneth P. Nolan, Esq.
        **SPEISER KRAUSE NOLAN & GRANITO**
        Two Grand Central Tower
        140 East 45th Street, 34th Floor
        New York, NY 10017
        *Counsel for Plaintiff Re: Doc. No. 07 CV 8398*
        ***Via E-Mail*: kpn@ny.speiserkrause.com**

        Donald A. Migliori, Esq.
        Michael E. Elsner, Esq.
        **MOTLEY RICE**
        P.O. Box 1792
        Mount Pleasant, South Carolina 29465
        (843) 216-9000
        *PI/WD Plaintiffs' Liaison Counsel*
        ***Via E-Mail*: dmigliori@motleyrice.com**
        ***Via E-Mail*: melsner@motleyrice.com**

        Marc S. Moller, Esq.
        Brian Alexander, Esq.
        **KREINDLER & KREINDLER, LLP**
        100 Park Avenue, 18th Floor
        New York, New York 10017
        (212) 687-8181
        *PI/WD Plaintiffs' Liaison Counsel*
        ***Via E-Mail*: mmoller@kreindler.com**
        ***Via E-Mail*: balexander@kreindler.com**

        Desmond T. Barry, Jr., Esq.
        **CONDON & FORSYTH LLP**
        Times Square Tower
        7 Times Square, 18th Floor
        New York, New York 10036
        (212) 894-6770
        *Aviation Defendants' Liaison Counsel*
        ***Via E-Mail*: dbarry@condonlaw.com**
        ***Via E-Mail*: vturchetti@condonlaw.com**

**\*\*\* SERVICE RIDER (CONT'D) \*\*\***

TO:    Robert A. Clifford, Esq.
Tim Tomasik, Esq.
**CLIFFORD LAW OFFICES**
120 North LaSalle Street, Suite 31
Chicago, Illinois 60602
(312) 899-9090
*PD/BL Plaintiffs' Liaison Counsel*
***Via E-Mail***:  **rac@cliffordlaw.com**
***Via E-Mail***:  **tst@cliffordlaw.com**

Richard A. Williamson, Esq.
Brad Stein, Esq.
**FLEMMING ZULACK**
**WILLIAMSON ZAUDERER LLP**
One Liberty Plaza, 35th Floor
New York, New York 10006
(212) 412-9500
*Ground Defendants' Liaison Counsel*
***Via E-Mail***:  **rwilliamson@fzwz.com**
***Via E-Mail***:  **bstein@fzwz.com**

Beth D. Jacob, Esq.
**SCHIFF HARDIN LLP**
623 Fifth Avenue, 28th Floor
New York, New York 10022
(212) 753-5000
*7 World Trade Center Ground Defendants' Liaison Counsel*
***Via E-Mail***:  **bjacob@schiffhardin.com**

**\*\*\* SERVICE RIDER (CONT'D) \*\*\***

TO:    Sarah S. Normand, Esq.
       Beth Goldman, Esq.
       Jeannette Vargas, Esq.
       Assistant U.S. Attorneys
       Southern District of New York
       **UNITED STATES DEPARTMENT OF JUSTICE**
       86 Chambers Street
       New York, New York 10007
       (212) 637-2709
       *Counsel for Intervenor*
       *THE UNITED STATES OF AMERICA*
       ***Via E-Mail***:  **sarah.normand@usdoj.gov**
       ***Via E-Mail***:  **beth.goldman@usdoj.gov**
       ***Via E-Mail***:  **jeannette.vargas@usdoj.gov**

## <u>AFFIDAVIT OF SERVICE</u>

**STATE OF NEW YORK  )**
                                        ) ss.:
**COUNTY OF NASSAU    )**


Cathy Siliato, being duly sworn, deposes and says:

Deponent is not a party to the action, is over 18 years of age and resides at Glen Oaks, New York.

On November 13, 2007 deponent served the within **NOTICE OF ADOPTION** upon:


## SEE ATTACHED SERVICE LIST
### Via Electronic Mail Only


being the E-Mail addresses designated by said attorneys/parties for that purpose by transmitting a true copy of same by use of the World Wide Web through a designated Internet Provider Service.

_____
CATHY SILIATO

Sworn to before me this
13th day of November, 2007


_____
    Notary Public

CATHLEEN M. HOHIL
Notary Public, State Of New York
No. 01HO4756624
Qualified In Nassau County
Commission Expires 5/31/2010

## SERVICE LIST

TO:    Keith S. Franz, Esq.
         **AZRAEL GANN & FRANZ LLP**
         101 East Chesapeake Avenue, 5th Floor
         Baltimore, Maryland 21286
         (410) 821-6800
         *Counsel for Plaintiff Re: Doc. No. 07 CV 8398*
         ***Via E-Mail***: **kfranz@agflaw.com**

         Kenneth P. Nolan, Esq.
         **SPEISER KRAUSE NOLAN & GRANITO**
         Two Grand Central Tower
         140 East 45th Street, 34th Floor
         New York, NY 10017
         *Counsel for Plaintiff Re: Doc. No. 07 CV 8398*
         ***Via E-Mail***: **kpn@ny.speiserkrause.com**

         Donald A. Migliori, Esq.
         Michael E. Elsner, Esq.
         **MOTLEY RICE**
         P.O. Box 1792
         Mount Pleasant, South Carolina 29465
         (843) 216-9000
         *Counsel for Plaintiff Re: Doc. No. 02 CV 7608*
         *and PI/WD Plaintiffs' Liaison Counsel*
         ***Via E-Mail***: **dmigliori@motleyrice.com**
         ***Via E-Mail***: **melsner@motleyrice.com**

         Marc S. Moller, Esq.
         Brian Alexander, Esq.
         **KREINDLER & KREINDLER, LLP**
         100 Park Avenue, 18th Floor
         New York, New York 10017
         (212) 687-8181
         *PI/WD Plaintiffs' Liaison Counsel*
         ***Via E-Mail***: **mmoller@kreindler.com**
         ***Via E-Mail***: **balexander@kreindler.com**

         Desmond T. Barry, Jr., Esq.
         **CONDON & FORSYTH LLP**
         Times Square Tower
         7 Times Square, 18th Floor
         New York, New York 10036
         (212) 894-6770
         *Aviation Defendants' Liaison Counsel*
         ***Via E-Mail***: **dbarry@condonlaw.com**
         ***Via E-Mail***: **vturchetti@condonlaw.com**

**\*\*\* SERVICE RIDER (CONT'D) \*\*\***

TO:    Robert A. Clifford, Esq.
Tim Tomasik, Esq.
**CLIFFORD LAW OFFICES**
120 North LaSalle Street, Suite 31
Chicago, Illinois 60602
(312) 899-9090
*PD/BL Plaintiffs' Liaison Counsel*
***Via E-Mail***: rac@cliffordlaw.com
***Via E-Mail***: tst@cliffordlaw.com

Richard A. Williamson, Esq.
Brad Stein, Esq.
**FLEMMING ZULACK**
**WILLIAMSON ZAUDERER LLP**
One Liberty Plaza, 35th Floor
New York, New York 10006
(212) 412-9500
*Ground Defendants' Liaison Counsel*
***Via E-Mail***: rwilliamson@fzwz.com
***Via E-Mail***: bstein@fzwz.com

Beth D. Jacob, Esq.
**SCHIFF HARDIN LLP**
623 Fifth Avenue, 28th Floor
New York, New York 10022
(212) 753-5000
*7 World Trade Center Ground Defendants' Liaison Counsel*
***Via E-Mail***: bjacob@schiffhardin.com

Sarah S. Normand, Esq.
Beth Goldman, Esq.
Jeannette Vargas, Esq.
Assistant U.S. Attorneys
Southern District of New York
**UNITED STATES DEPARTMENT OF JUSTICE**
86 Chambers Street
New York, New York 10007
(212) 637-2709
*Counsel for Intervenor*
*THE UNITED STATES OF AMERICA*
***Via E-Mail***: sarah.normand@usdoj.gov
***Via E-Mail***: beth.goldman@usdoj.gov
***Via E-Mail***: jeannette.vargas@usdoj.gov

*UNITED STATES DISTRICT COURT*
*SOUTHERN DISTRICT OF NEW YORK*

*IN RE SEPTEMBER 11, 2001 LITIGATION*

*NOTICE OF ADOPTION*

*GALLAGHER GOSSEEN FALLER & CROWLEY*
*Attorneys at Law*

*Attorneys for Defendant*

*DELTA AIR LINES, INC. - FLIGHT 77*

*Office and Post Office Address, Telephone*
*1010 Franklin Avenue*
*Suite 400*
*Garden City, New York 11530*
*(516) 742-2500*
*Fax: (516) 742-2516*